IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00538-MOC

| | |
|---|---|
| ALI FAYEZ NASRALLAH, | ) |
| Petitioner, | ) |
| v. | ) **ORDER** |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

**THIS MATTER** is before the Court on consideration of the motion to proceed *pro hac vice* filed by attorney Lawrence M. Herrmann, which is supported by attorney William R. Terpening who is a member of good standing of the bar of the Western District. After having considered the motion, and noting that the full filing fee has been tendered, the Court finds that the motion to appear *pro hac vice* should be granted.

**IT IS, THEREFORE, ORDERED** that the motion for leave to appear *pro hac vice* is **GRANTED**. (Doc. No. 12).

Signed: April 14, 2016

Max O. Cogburn Jr.
United States District Judge