IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-cv-00538-MOC

| ALI FAYEZ NASRALLAH, | ) | |
|---|---|---|
| Petitioner, | ) | |
| v. | ) | **ORDER** |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

**THIS MATTER** is before the Court on consideration of the Government's motion to disqualify counsel, (Doc. No. 14), and the motion to withdraw filed by Petitioner's court-appointed counsel, Mr. Tomberlin. (Doc. No. 16). In his motion to withdraw, Mr. Tomberlin explains that Mr. Hermann of the New York Bar, who this Court admitted to appear *pro hac vice*, has made a general appearance on behalf of Petitioner and that Mr. Moors, who is a member in good standing within this District, has entered a notice of appearance as local counsel to Mr. Hermann. (Doc. No. 15). Based on the foregoing, the Court finds that the motion to withdraw should be allowed.

**IT IS, THEREFORE, ORDERED** that the motion to withdraw as counsel is **GRANTED**. (Doc. No. 16).

**IT IS FURTHER ORDERED** that the Government's motion to disqualify is **DISMISSED as moot**. (Doc. No. 14).

**SO ORDERED**.

Signed: May 6, 2016

Max O. Cogburn Jr.
United States District Judge